MICHAEL HOFFMAN, Bar No. 162496
JEREMY A. ROTH, Bar No. 129007
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: mhoffman@littler.com

Attorneys for Defendant
AUTOZONE, INC.


JAMES A. KRUTCIK, Bar No. 140550
A. NICHOLAS GEORGGIN, Bar No. 170925
Members of BAILEY, PINNEY, GEORGGIN & KRUTCIK, LLP
26021 Acero
Mission Veja, CA 92691
Telephone: 949.367.8590
Facsimile: 949.367.8597
E-mail: jkrutcik@kglawoffices.com

Attorneys for Plaintiffs
CLAUDIA MORENO and MICHELE MEDRANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDIA MORENO; MICHELE MEDRANO, <br><br>          Plaintiffs, <br><br> v. <br><br> AUTOZONE, INC., <br><br>          Defendant. | Case No. C 05-4432 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DISCOVERY DISPUTES** <br><br> Former Date: July 19, 2006 <br> Time: 1:30 p.m. <br> Ctrm: B <br><br> New Date: August 9, 2006 <br> Time: 10:30 a.m. <br> Ctrm: B <br><br> Hon. Magistrate Judge Edward Chen |

STIP. AND ORDER TO CONTINUE HEARING ON DISCOVERY DISPUTES — 1. — CASE NO. C05-4432 MJJ

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their respective counsel and subject to Court approval, to the following:

1. The Court conducted a hearing on the parties' disputes over the scope of document production as part of the initial disclosures in this proposed class action. At the hearing, the Court ordered Defendant to produce specified categories of records for two Fresno stores where Plaintiffs worked. Based in part on assumptions that the requested records involved easily retrievable electronic files, the parties agreed to a production date of July 7, 2006. The Court ordered the parties to provide a joint report on the production by July 17, and set a hearing on the disputed issues for July 19, 2006.

2. Defendant did not produce the requested records until July 14, 2006. Among the reasons for this delay, Defendant represents to Plaintiffs and the Court that the requested information was not easily accessible in electronic form; some data needed to be retrieved and converted, and other records were only retrievable in paper form and were retrieved from local facilities in California (not a central location in Tennessee). The data provided to Plaintiffs included five disks of electronic information and approximately 5,000 pages of documents.

3. Furthermore, Defendant represents to Plaintiffs and the Court that retrieval of the requested security information has proven more difficult than originally anticipated. As of July 14, 2006, Defendant had not obtained or provided the requested security data to Plaintiffs.

4. In accordance with the Court's instructions, counsel for the parties have met and conferred on the burden and expense of production, as well as the potential conversion of electronic data. This is an ongoing process. After Plaintiffs have had an opportunity to review the initial production, further conferences may be needed to reach agreements on whether an additional production of documents or conversion of data is appropriate.

5. For all of the foregoing reasons, counsel for the parties contacted the Court's Clerk on July 14 and requested a continuance of the hearing to August 9, 2006. The Court Clerk

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND ORDER TO CONTINUE
HEARING ON DISCOVERY DISPUTES

2.

CASE NO. C05-4432 MJJ

indicated that a hearing date was available on August 9, 2006 at 10:30 a.m. Plaintiffs and Defendant request that the Court continue the hearing on this matter to August 9, 2006 at 10:30 a.m.

Dated: July 18, 2006

MICHAEL HOFFMAN
LITTLER MENDELSON
Attorneys for Defendant
AUTOZONE, INC.

Dated: July 18, 2006

A. NICHOLAS GEORGGIN
BAILEY, PINNEY GEORGGIN & KRUTCIK
Attorneys for Plaintiffs
CLAUDIA MORENO, MICHELE MEDRANO

## ORDER

Pursuant to the above stipulation, the Court continues the hearing on this discovery matter to August 9, 2006 at 10:30 a.m. The parties shall submit a joint report to the Court on or before August 4, 2006.

IT IS SO ORDERED.

Dated: July 20, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:81306773.1 013306.2106

STIP. AND ORDER TO CONTINUE HEARING ON DISCOVERY DISPUTES    3.    CASE NO. C05-4432 MJJ