UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MORENO, *et al.*, | No. C-05-4432 MJJ (EMC) |
| Plaintiffs, | |
| v. | **ORDER RE DISCOVERY MATTERS** |
| AUTOZONE, INC., | **(Docket Nos. 62, 63, 64)** |
| Defendant. | |

Having considered the parties' filings and the argument of counsel heard on September 13, 2006, and good cause appearing therefor, the Court hereby orders as follows:

1. Any further failure to comply with this Court's orders (including an order to file a joint letter) will subject counsel to sanctions.

2. Plaintiffs claim there are gaps in the timecards produced. The parties shall meet and confer and resolve any question and/or dispute

3. Paychecks have been produced in cvs format and the completeness of that production is being reviewed. No other fields are producible.

4. The parties will meet and confer with Dice and have technicians participate to see if there is any more economical way of converting the raw data for 2002-2004 to TXT that requires less than 63 hours of Dice employee time. The cost of any such conversion, if undertaken, shall be borne by Plaintiffs.

///

///

5.  As to break logs, this Court will stay discovery thereof for 60 days to allow the parties to seek clarification from Judge Jenkins whether his stay extends to the fourth claim.

6.  Defendant will produce the paper records from Stores 2892 and 5317 requested by Plaintiffs in their letter of September 6, 2006 (*e.g.* attendance calendar, daily coverage reports, etc.)

7.  The parties will sign the Northern District model protective order and meet and confer if there is a dispute about the scope of documents marked confidential.  The parties shall keep in mind Local Rule 79-5 which disfavors filing of documents under seal unless there is good cause.

8.  The Plaintiffs' depositions will take place in San Francisco upon 30 days notice.

This order disposes of Docket Nos. 62, 63, and 64.

IT IS SO ORDERED.

Dated:  September 14, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge