IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORENO ET AL, | No. C05-04432 MJJ |
| Plaintiff, | **ORDER RE SCOPE OF ORDER TO STAY COUNTS FIVE AND SIX OF PLAINTIFFS' COMPLAINT** |
| v. | |
| AUTOZONE, INC, | |
| Defendant. | |

On August 15, 2006, this Court issued its Order granting Defendant AutoZone's Motion to Abstain and to Stay Action on Plaintiffs' Fifth and Sixth Claims in their Complaint (Doc. #61). Thereafter, on September 19, 2006, Defendant filed a letter-brief indicating that a dispute has arisen between the parties regarding the scope of that Order. Specifically, Defendant's position is that the stay pertains to all claims for meal and rest period violations. Defendant argues that, although Plaintiffs' fifth and sixth claims for relief are the only claims that expressly assert claims for meal and rest break violations, to the extent that other counts rely on the same violations, they are stayed, as well. In their September 26, 2006 letter, Plaintiffs assert that the Court's Order is limited to Counts five and six and does not reach any other counts in the Complaint.

///

///

///

     The Court has considered the parties' positions and agrees with Defendant. Thus, the Court's August 15 Order shall be interpreted as staying any claim based on meal and rest period violations - including Plaintiff's fourth claim, to the extent it is premised on such violations - for the reasons set forth in that Order.

     Further, Defendant's Motion to Amend Stay Order (Doc. #78) is **STRICKEN**.

**IT IS SO ORDERED.**

Dated: 10/10/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California