**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551  Fax: (360) 567-3331
**A.E. BUD BAILEY**, *Pro Hac Vice,*
OSB No. 87157, WSB No. 33917
E-Mail: Bbailey@wagelawyer.com
**J. DANA PINNEY**, *Pro Hac Vice*,
OSB No. 75308, WSB No. 33919
E-Mail: JDPinney@wagelawyer.com
**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
E-Mail: Sclark@wagelawyer.com

**BONNIE MAC FARLANE,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866
E-Mail:  BMacFarlane@wagelawyer.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MORENO and MICHELE MEDRANO,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>AUTOZONE INC.,<br><br>　　　　　　　Defendant. | Case No. C 05-04432 MJJ<br><br>**PLAINTIFF MEDRANO'S ADMINISTRATIVE MOTION TO FILE CLASS CERTIFICATION DOCUMENTS UNDER SEAL UNDER CIVIL L. R. 79-5(b) and (d)**<br><br>**[Civ. L. R. 7-11, 7-12, 79-5]**<br><br><br>Honorable Judge Martin J. Jenkins |

　　　　Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), Plaintiff Medrano moves for an Order allowing her to file under seal, documents in support of her motion for class certification.  This motion is made in two parts:

　　　　1)  Civil LR 79-5(b) (Request to file entire documents under seal): The parties have agreed that some class certification documents should be filed under seal in their entirety pursuant to LR 79-5(b).  These documents are identified in Section I of Exhibit A to the accompanying Declaration of Jose R.

Mata in Support of Plaintiffs' Administrative motion to file Documents under Seal ("Mata Declaration") and in a proposed stipulated order for the Court's consideration.

2) <u>Civil LR 79-5(d) (Filing documents designated confidential by another party)</u>: Plaintiff Moreno presents other documents for possible filing under seal if Autozone makes the required "designating party" showing under LR 79-5(d).  These documents are identified in Sections II and III of Exhibit A to the Mata Declaration.

This motion is supported by the following Memorandum of Points and Authorities, the Mata Declaration, an existing Protective Order (Attached hereto for convenience as Exhibit 1), and a proposed stipulated order in which the parties jointly propose the filing of some documents under seal in their entirety under Civil LR 79-5(b).

## STATEMENT UNDER CIVIL LR 7-11(a)

Plaintiff attorney Mac Farlane has conferred with Autozone attorney Michael Hoffman in an attempt to resolve the issues raised by this administrative motion.  The parties agreed that certain documents should be filed under seal in their entirety.  This agreement is reflected in the accompanying proposed stipulated order allowing the filing of specified documents under seal in their entirety under Civil LR 79-5(b).  The parties were unable to agree whether other documents should be filed under seal.  As to these other documents, Plaintiff Moreno moves for their filing under seal under Civil LR 79-5(d) – which requires a showing from Autozone before filing under seal can be approved.

## MEMORANDUM OF POINTS AND AUTHORITIES

This is an action to recover damages for AutoZone's violations of California wage and hour law including AutoZone's failure to pay wages due at the employees' termination within the time required by law and failure to pay for all hours worked by employees.  By order of the Honorable Judge Edward M. Chen, on September 22, 2006, Medrano and AutoZone signed a stipulated protective order (Exhibit 1).

Plaintiff Moreno moves for class certification.  Numerous documents are being cited and filed in support of the motion for class certification.  With respect to the filing of these documents, Moreno moves as explained below.

### A. MOTION UNDER CIVIL LR 79-5(b)

As stated above, the parties submit a proposed stipulated order to require specific documents to filed under seal in their entirety under Civil LR 79-5(b).

Generally, these documents contain confidential employee information and Autozone store security data. The confidential employee information includes the social security numbers, hours worked, rates of pay, and other confidential information regarding numerous present and former Autozone employees. The Autozone store security data includes security logs that reveal Autozone procedures for arming and disarming store alarms to prevent theft, burglary and other crimes.

### B. MOTION UNDER CIVIL LR 79-5(d)

With respect to the documents covered by this portion of the motion, Autozone has designated these documents as confidential under the Protective Order. Plaintiff Moreno is filing the motion solely to comply with the Protective Order. However the designation of a document as confidential under a protective order does not necessarily render the document sealable. Civil LR 79-5(a).

The burden is on Autozone as the designating party to show which of any of these other documents are sealable. Civil LR 79-5(d).

### CONCLUSION

Plaintiffs therefore request that the Court: 1) Approve the proposed stipulated order designating some documents as sealable in their entirety under Civil LR 79-5(b); 2) As to the remaining potentially sealable documents, await the required showing by Autozone as the designating party under Civil LR 79-5(d).

Dated: June 29, 2007          Bailey Pinney, PC

                              By ___/s/_____
                                  Jose R. Mata
                                  of Attorneys for Plaintiff Medrano