**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 1, 2007

**Case No:** C-05-4432 MJJ (EMC)     **FTR Time:**   4:01-4:32 p.m.

**Case Name:**   Moreno v. Autozone

**Attorneys:**   Bonnie MacFarlane for Plaintiff 360/567-2551
Michael Hoffman for Defendant 415/433-1940

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

Discovery conference call.

**ORDERED AFTER HEARING:**

Defendant is allowed to take the depositions of Mr. Knox and Mr. McDaniel (two hours each.)  Counsel to submit stipulation re dates.  Court will issue detailed order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC