1  MICHAEL HOFFMAN, Bar No. 162496
   JEREMY A. ROTH, Bar No. 129007
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:    415.399.8490
5  E-mail: mhoffman@littler.com

6  Attorneys for Defendant
   AUTOZONE, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | CLAUDIA MORENO; MICHELE     | Case No.  C 05-4432 MJJ
   | MEDRANO,
12 |
   |         Plaintiff,          | **DISCOVERY MATTER**
13 |
   |    v.                       |
14 |                             | **STIPULATION AND** [PROPOSED]
   | AUTOZONE, INC.,             | **ORDER RE DEPOSITIONS**
15 |
   |         Defendant.
16

17

18         IT IS HEREBY STIPULATED, by and between the parties to the action, through

19 their respective counsel and subject to Court approval, to the following:

20         1.   Defendant will serve depositions subpoenas on the five non-party declarants

21 and two expert witnesses who offered testimony in support of Plaintiff's class certification motion.

22         2.   On August 2, 2007, Plaintiff's attorneys offered to make themselves available

23 for the depositions on the following dates:  August 20, 21, 22, 23, 27, and 29; September 10, 12, 24,

24 25, 26, and 27, subject to Defendant's timely scheduling of the depositions.  Based on the dates

25 provided by Plaintiff's attorneys, Defendant will notice the depositions as follows:

26              August 21: James McDaniel;

27              August 23: Bert Knox;

28              August 27: Martin Veloz;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

STIPULATION AND ORDER RE DEPOS.                                Case No.  C 05-4432 MJJ

1   August 29: Daniel Hernandez;

2   September 10: David Riepe; and

3   September 12: George Shubin and Robert Fountain.

4   3.  In order to respond to the scheduling requests of the witnesses and unforeseen contingencies, Plaintiff's attorneys will make their best efforts to be available for rescheduled depositions on September 24, 25, 26, and 27. Counsel and the parties shall not encourage a witness to postpone his deposition.

4.  Defendant will limit the depositions of the five non-party declarants to two hours of questioning. As provided in Rule 30(d)(2), time spent on breaks or off the record do not count toward the two hour limit. Defendant has no such time limit on the depositions of Plaintiff's experts. Defendant agrees to pay the experts the true and actual rate which they are charging to Plaintiff and/or Plaintiff's attorneys (subject to production of an invoice and proof of payment).

5.  The hearing on Plaintiff's motion for class certification shall proceed no earlier than 30 days after delivery of the last deposition transcript. If needed, the parties shall stipulate to a continuance of the hearing to accommodate this schedule.

Dated: August 6, 2007

_____/S/_____
Michael Hoffman
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant AUTOZONE, INC.

Dated: August 6, 2007

_____/S/_____
Bonnie Mac Farlane
BAILEY PINNEY, PC
Attorneys for Plaintiff MICHELE MEDRANO

**ORDER**

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Dated: August 9, 2007

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:82881010.1 013306.2106

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE DEPOS.   2.   4432 MJJ