**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORENO ET AL, | No. C05-04432 MJJ |
| Plaintiff, | **ORDER RE: CASE CITED AT HEARING** |
| v. | |
| AUTOZONE, INC, | |
| Defendant. | |

At the October 25, 2007 hearing on Defendant's Motion To Disqualify Counsel, Plaintiffs newly cited *DCH Health Service Corp v. Waite*, 95 Cal. App. 4th 829 (2002) on the issue of standing. Defendant's counsel indicated at the hearing he was not familiar with this decision. Good cause appearing therefor, the Court grants leave for Defendant to file a letter brief, no longer than two (2) pages, regarding this newly-cited authority, no later than Tuesday, October 30, 2007.

**IT IS SO ORDERED.**

Dated: October 26, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE