MICHAEL HOFFMAN, Bar No. 162496
JEREMY A. ROTH, Bar No. 129007
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: mhoffman@littler.com

Attorneys for Defendant
AUTOZONE, INC.

FILED
JAN 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDIA MORENO; MICHELE MEDRANO, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOZONE, INC., <br><br> Defendant. | Case No. C 05-4432 MJJ <br><br> [PROPOSED] ORDER STAYING MATTERS UNTIL STATUS CONFERENCE <br><br> Date: January 22, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 11 <br><br> Hon. Martin J. Jenkins |

Following the Status Conference on December 18, 2007, attended by counsel for Plaintiff and Defendant, the Court enters the following order:

1. The Court directed the parties to confer on issues arising from the Court's Disqualification Order of December 6 and scheduling in this action. The Court set a Status Conference for January 22, 2008, at which time the parties and the Court anticipate that a scheduling order will be issued pertaining to such matters. Among those matters, Defendant is considering a motion to enjoin Bailey Pinney from representing putative class members in parallel state and federal court actions; Bailey Pinney is contemplating whether voluntary withdrawal is appropriate in other cases pending in California.

[PROPOSED] ORDER STAYING MATTERS UNTIL STATUS CONF.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. C 05-4432 MJJ

2.  Based on the Court's directions and in the interest of avoiding multiplication of these proceedings, the parties agreed that no additional motions will be filed in this action and no discovery will occur until after the status conference on January 22, 2008.

3.  As a condition of this stay, Plaintiff's current and former attorneys agreed that no documents or data produced by AutoZone in this action have been shared between the respective law firms and that no such exchange of documents or data will occur before the status conference on January 22, 2008.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

Dated: December 21, 2007

/S/
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant AUTOZONE, INC.

Dated: December 21, 2007

/S/
JOSE R. MATA
Former Attorney for Plaintiff, on behalf of
BAILEY PINNEY, P.C.

Firmwide:83901051.1 013306.2106

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER STAYING MATTERS UNTIL STATUS CONF.   2.   CASE NO. C 05-4432 MJJ