IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORENO ET AL., | No. C 05-04432 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| AUTOZONE, INC, | |
| Defendant. / | |

At the hearing scheduled for May 16, 2008, the parties shall be prepared to address whether and to what extent there was a delay between the time Plaintiff Michelle Medrano clocked out at 12:01a.m. on May 6, 2005 and the time the alarm was set at AutoZone store # 5317.

**IT IS SO ORDERED.**

Dated: May 7, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4432\Argument Order.wpd