Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, Second Floor
Los Angeles, California 90067
Telephone:     (310) 556-5637
Facsimile:      (310) 861-9051
Attorneys for Plaintiff Michele Medrano

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MORENO and MICHELE MEDRANO,<br><br>          Plaintiffs,<br><br>vs.<br><br>AUTOZONE, INC.,<br><br>          Defendant. | **Case No.: C 05-04432 CRB**<br>**(Related case: C 06-7522 CRB)**<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF REGARDING INITIATIVE'S ADEQUACY AS CLASS COUNSEL**<br><br>Date:         May 16, 2008<br>Time:         10:30 a.m.<br>Courtroom: 11<br><br>Honorable Charles R. Breyer |

ORDER ALLOWING PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF
REGARDING CLASS CERTIFICATION EVIDENCE
C 05-04432 CRB

# ORDER

Having read and considered the Parties' Stipulation and good cause appearing:

PURSUANT TO STIPULATION IT IS SO ORDERED THAT:

1. Plaintiff may file a five-page Response to Defendant's Supplemental Brief, limited to the points and authorities raised in Defendant's Supplemental Brief regarding Initiative's adequacy as class counsel on or before noon May 12, 2008;

2. Plaintiff's attorneys shall make themselves available to meet and confer about the propriety of Defendant filing a two-page Reply to Plaintiff's Response (if any) by noon on May 13, 2008.

Dated:   May 12, 2008



Honorable Charles R. Breyer
United States