IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORENO ET AL,<br><br>       Plaintiff,<br><br>  v.<br><br>AUTOZONE, INC,<br><br>       Defendant.                / | No. C 05-04432 CRB<br><br>**ORDER** |

     The plaintiff, Michelle Medrano, is ordered to attend the class certification hearing at 10:00a.m. on Friday, May 16, 2008.

**IT IS SO ORDERED.**

Dated: May 14, 2008

                                                     CHARLES R. BREYER<br>                                                     UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4432\Medrano Order.wpd