**FILED**

**SEP 12 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAUDIA MORENO, individually, and on behalf of all persons similarly situated; et al.,<br><br>    Plaintiffs - Respondents,<br><br>  v.<br><br>AUTOZONE, INC., a Nevada corporation,<br><br>    Defendant - Petitioner. | No. 08-80094<br><br>D.C. No. 3:05-cv-04432-CRB<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: PREGERSON and McKEOWN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's May 30, 2008 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

KB/MOATT