Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, Second Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:    (310) 861-9051
Attorneys for Plaintiff Michele Medrano and
Class Members

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MORENO and MICHELE MEDRANO,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>AUTOZONE, INC.,<br><br>　　　　　Defendant. | **Case No.: C 05-04432 CRB**<br>**(Related case: C 06-7522 CRB)**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND STATEMENT**<br><br>Current Date<br>Date:　　April 24, 2009<br>Time:　　8:30 a.m.<br>Courtroom: 8<br><br>Proposed New Date<br>Date:　　May 8, 2009<br>Time:　　8:30 a.m.<br>Courtroom: 8<br><br>Honorable Charles R. Breyer |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Michele Medrano and the Class Members on the one hand and Defendant AutoZone, Inc. on the other (the Parties), by and through their respective counsel of record, as follows:

WHEREAS, on April 10, 2009, the Court set a Further Case Management Conference for April 24, 2009 at 8:30 a.m. and Case Management Statement due by April 17, 2009;

WHEREAS, due to a scheduling conflict, Plaintiff's counsel is unavailable on April 24, 2009 and not available until Friday, May 8, 2009;

WHEREAS, the Parties have met and conferred regarding their availability and the Parties are available on May 8, 2009 for the Further Case Management Conference.

The Parties **HEREBY STIPULATE** that the Further Case Management Conference currently set for April 24, 2009 be continued to May 8, 2009 at 8:30 a.m. and the Case Management Statement be due by April 30, 2009.

STIPULATED AND AGREED

DATED: April 15, 2009

Respectfully submitted,
Initiative Legal Group LLP

By: _____/s/_____
Marc Primo
Mónica Balderrama
Shawn Westrick
Ryan Fowler
Attorneys for Plaintiff
Michele Medrano and Class Members

DATED: April 15, 2009

Arena Hoffman LLP

By: _____/s/_____
Michael Hoffman
Attorneys for Defendant AutoZone, Inc.

**ORDER**

This Court having reviewed the Joint Stipulation and Proposed Order Continuing Further Case Management Conference and Statement, and good cause appearing, IT IS SO ORDERED that the Further Case Management Conference is continued from April 24, 2009 to May 8, 2009 at 8:30 a.m. and the Case Management Statement is due by April 30, 2009.

Dated: ___April 17, 2009___



_____
Hon. Charles R. Breyer
Judge, United States District Court,
Northern District of California