Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Shawn Westrick (SBN 235313)
SWestrick@InitiativeLegal.com
Initiative Legal Group, APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Michele Medrano
and Class Members

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MORENO and MICHELE MEDRANO,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTOZONE, INC.,<br><br>Defendant. | Case No.: C 05-04432 CRB<br><br>Honorable Judge Charles R. Breyer<br><br>CLASS ACTION<br><br>**STIPULATION ALLOWING SPECIFIED DOCUMENTS TO BE FILED UNDER SEAL BY PLAINTIFF MICHELE MEDRANO AND CLASS MEMBERS PURSUANT TO CIVIL L.R. 79-5(b)**<br><br>[[*Proposed*] *Order filed concurrently herewith*]<br><br>Date:    September 25, 2009<br>Time:   10:00 a.m.<br>Dept.:   8 |

Plaintiff Michele Medrano and Class Members ("Plaintiff") and Defendant AutoZone, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1  WHEREAS, Plaintiff filed her class action complaint on November 1, 2005;

WHEREAS, the parties executed a Stipulated Protective Order in September 2006 that was subsequently signed by Judge Edward Chen;

WHEREAS, on May 30, 2008, this Court certified Plaintiff's "late paycheck" claim;

WHEREAS, Defendant filed a Motion for Decertification and a Motion for Summary Judgment Against Plaintiff's Individual Claims and Against All Class Members Who Resigned Without Notice; Or in the Alternative, Motion for Summary Adjudication of the Issues on August 21, 2009;

WHEREAS, Plaintiff's oppositions to Defendant's recently filed motions are due to be filed with this Court on September 4, 2009;

WHEREAS, the documents described below qualify to be filed under seal in their entirety under Civil L.R. 79-5(b). Each of the documents is referenced as an exhibit to the Declaration of Monica Balderrama in support of Plaintiff Michele Medrano's Oppositions to Defendant's Motions for Decertification and Motion for Summary Judgment;

WHEREAS, Plaintiff now seeks to file the following documents designated confidential by Defendant under seal;

- Exhibit A - Set of Payroll Termination Reports – Bates Nos. D004895-5165.

- Exhibit B - Excel Spreadsheet ("ez_lawsuit_file3") produced by Defendant on September 5, 2006.

WHEREAS, the parties have met and conferred and are hereby stipulating to the above-listed documents designated confidential by Defendant as being filed under seal in their entirety under Civil L.R. 79-5(b);

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff and Defendant that Plaintiff may file these documents under seal in their entirety under Civil L.R. 79-5(b).

IT IS SO STIPULATED.

Dated: September 2, 2009

Respectfully submitted,

INITIATIVE LEGAL GROUP APC

By: _____
Mónica Balderrama
Shawn Westrick

Attorneys for Plaintiff Michele Medrano and Class Members

Dated: September 2, 2009

ARENA HOFFMAN LLP

By: _____
Michael Hoffman

Attorneys for Defendant AutoZone, Inc.

Stipulation Allowing Specified Documents To Be Filed Under Seal

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT       )
                                   )  ss
NORTHERN DISTRICT OF CALIFORNIA    )

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group APC, 1800 Century Park East, Second Floor, Los Angeles, California 90067.

On September 2, 2009, I served the within document(s) described below as:

**STIPULATION ALLOWING SPECIFIED DOCUMENTS TO BE FILED UNDER SEAL BY PLAINTIFF MICHELE MEDRANO AND CLASS MEMBERS PURSUANT TO CIVIL L.R. 79-5(b)**

On the interested parties in this action by placing true copies thereon enclosed in sealed envelopes address as follows:

| | |
|---|---|
| Michael A. Hoffman, III | Jeremy Alan Roth |
| Arena Hoffman LLP | Littler Mendelson |
| 44 Montgomery Street, Suite 1200 | 501 West Broadway, Suite 900 |
| San Francisco, California 94104 | San Diego, California 92101 |

( )  **MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

( )  **PERSONAL:** I caused such envelope to be delivered by hand to the individuals at the address listed above.

(X)  **OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered via overnight courier service (FedEx) to the individuals at the address listed above.

(X)  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED** this document on September 2, 2009, at Los Angeles, California.

_____
Sandy S. Acevedo