Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Shawn Westrick (SBN 235313)
SWestrick@InitiativeLegal.com
Initiative Legal Group, APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Michele Medrano
and Class Members

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLAUDIA MORENO and MICHELE MEDRANO, | Case No.: C 05-04432 CRB |
|---|---|
| Plaintiffs, | Honorable Judge Charles R. Breyer |
| vs. | [PROPOSED] ORDER ALLOWING SPECIFIED DOCUMENTS TO BE FILED UNDER SEAL IN THEIR ENTIRETY UNDER CIVIL L.R. 79-5(b) |
| AUTOZONE, INC., | |
| Defendant. | |

On the stipulation of the parties, and good cause appearing therefore, the Court orders that the documents identified in the Stipulation Allowing Specified Documents to Be Filed Under Seal By Plaintiff Michele Medrano and Class Members Pursuant to Civil L.R. 79-5(b) (filed concurrently herewith) be filed under seal pursuant to Civil L.R. 79-5(b).

IT IS SO ORDERED.

Dated: September 4, 2009



Charles R. Breyer
Judge Charles R. Breyer

IT IS SO ORDERED

2
ORDER ALLOWING SPECIFIED DOCUMENTS TO BE FILED UNDER SEAL IN THEIR ENTIRETY UNDER CIVIL L.R. 79-5(b)