ROBIE & MATTHAI
A Professional Corporation
EDITH R. MATTHAI, SBN 66730
ematthai@romalaw.com
SANDRA L. BLOCK, SBN 225278
sblock@romalaw.com
500 S. Grand Avenue, Suite 1500
Los Angeles, CA 90071-2609
Telephone: (213) 706-8000 • Facsimile:   (213) 624-2563

Attorneys for A.E. BUD BAILEY, J. DANA PINNEY
BONNIE R. MACFARLANE, AND BAILEY PINNEY PC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDIA MORENO, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>AUTOZONE, INC.,<br><br>            Defendant. | CASE NUMBER: **C 05-4432 CRB**<br>[Assigned to the Hon. Charles R. Breyer, Courtroom 8, 19th Floor]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SANCTIONS AGAINST FORMER AND DISQUALIFIED ATTORNEYS OF BAILEY PINNEY, P.C.**<br><br>Original Hearing Date:     12/04/09<br>New Proposed Hearing Date:  01/08/10<br>Time:           10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Location:   450 Golden Gate Avenue<br>             San Francisco, CA 94102 |

   IT IS HEREBY STIPULATED, by A.E. Bud Bailey, J. Dana Pinney, Bonnie R. MacFarlane, and Bailey Pinney PC (hereinafter "Bailey Pinney"), and defendant Autozone, Inc. by and through their respective attorneys of record as follows:

   1.   On October 27, 2009, Autozone filed a motion for sanctions against Bailey Pinney with a hearing date of December 4, 2009 at 10:00 a.m. at the above-entitled Court.

K:\1010\Autozone\PLEADINGS\Stip & Ord Cont Mx for Sanctions 12-18-09.wpd         1

2. Bailey Pinney's counsel has been recently retained and their counsel, Edith R. Matthai, will be traveling out of state and is unavailable for the noticed hearing date.

3. The parties have agreed to continue the hearing to January 8, 2010, at 10:00 a.m. in the above-entitled Court, to accommodate Bailey Pinney's counsel's schedule.

4. **IT IS PROPOSED** by the parties, through their attorneys of record, that briefing be coordinated as follows:

    a. Opposition papers be filed on December 1, 2009

    b. Reply papers be filed on December 18, 2009

5. As such, the hearing on Autozone's motion for sanctions will be heard on January 8, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendant's Motion for Sanctions against Bailey Pinney PC has been continued from December 4, 2009 to January 8, 2010 at 10:00 a.m. in courtroom 8 of this court and the opposition papers be filed on December 1, 2009 and the reply papers be filed on December 18, 2009.

Dated: Nov. 12, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*

Respectfully submitted by,

Dated: November 10, 2009

ARENT FOX LLP

By: /S/
MICHAEL HOFFMAN
Attorneys for Defendant AUTOZONE, INC.

Dated: November 10, 2009

ROBIE & MATTHAI, APC

By: /S/
EDITH R. MATTHAI
SANDRA L. BLOCK
Attorneys for A.E. BUD BAILEY, J. DANA PINNEY, BONNIE R. MACFARLANE, AND BAILEY PINNEY PC

K:\1010\Autozone\PLEADINGS\Stip & Ord Cont Mx for Sanctions 12-18-09.wpd

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
ON DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. §1927     C 05-4432 CRB